UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CEDRIC COLLINS | CIVIL ACTION NO. 15-cv-2495 |
| VERSUS | JUDGE ELIZABETH FOOTE |
| MEDICATED DEPT., ET AL | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment [Record Document 36] be and hereby is **GRANTED**, and all claims against all Defendants are **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 6th day of July, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE